IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WESTERN WATERSHEDS PROJECT, *et al.*,

   Plaintiffs,

vs.

BUREAU OF LAND MANAGEMENT,

   Defendant.
_____/

3:11-cv-00053-HDM-VPC

ORDER

  The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

  IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

  Dated this 26th day of January, 2011.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE