**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION, DUCKWATER SHOSHONE TRIBE, and ELY SHOSHONE TRIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant, and<br><br>SPRING VALLEY WIND LLC,<br><br>Defendant-Intervenor | 3:11-cv-00053-HDM-VPC<br><br><br><br><br>ORDER |

On March 15, 2011, Spring Valley Wind LLC filed a motion to strike extra-record declaration, or in the alternative, to supplement the record (Docket No. 50). Spring Valley Wind filed a motion for order shortening time and proposed order (Docket No. 51)

regarding the scheduled response time to the motion to strike extra-record declaration the same day.

The motion for order shortening time (Docket No. 51) is hereby DENIED.  The court will hear argument on the motion to strike extra-record declaration (Docket No. 50) at the hearing on plaintiffs' motion for temporary restraining order and/or preliminary injunction (Docket No. 24) scheduled for March 24, 2011 at 11 a.m.

**IT IS SO ORDERED.**

DATED: This 16th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE