**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION, DUCKWATER SHOSHONE TRIBE, and ELY SHOSHONE TRIBE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>　　　　Defendant, and<br><br>SPRING VALLEY WIND LLC,<br><br>　　　　Defendant-Intervenor | 3:11-cv-00053-HDM-VPC<br><br><br><br>ORDER |

On March 17, 2011, plaintiffs the Confederated Tribes of the Goshute Reservation, the Duckwater Shoshone Tribe, and the Ely Shoshone Tribe filed a notice of dismissal (Docket No. 55) voluntarily dismissing with prejudice all of their claims against

1

the defendants Bureau of Land Management and Spring Valley Wind, LLC.  Accordingly, all of the claims of the plaintiffs the Confederated Tribes of the Goshute Reservation, the Duckwater Shoshone Tribe, and the Ely Shoshone Tribe are hereby DISMISSED against the defendants Bureau of Land Management and Spring Valley Wind, LLC with prejudice.  This dismissal shall not affect plaintiffs Western Watersheds Project and Center for Biological Diversity's claims.

**IT IS SO ORDERED.**

DATED: This 18th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE