UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | 3:11-cv-00053-HDM-VPC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| BUREAU OF LAND MANAGEMENT, | ) ) | |
| Defendant, and | ) ) | |
| SPRING VALLEY WIND LLC, | ) ) | |
| Defendant-Intervenor. | ) ) | |

The court hereby strikes its "Order Granting Stipulated Scheduling Order" (#90) which was filed in error on July 22, 2011.

The "Revised Stipulated Scheduling Order" (#89) filed July 21, 2011 is adopted.

**IT IS SO ORDERED.**

DATED: This 26th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE